

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00240-CV

| | | |
|---|---|---|
| Roger Liverman and Aaron Liverman | § | From the 16th District Court |
| v. | § | of Denton County (16-08473-16) |
| Denton County, Texas, Denton County Criminal District Attorney, Paul Johnson, Lara Tomlin, Rick Daniel, and Lindsey Sheguit | § | December 14, 2017 |
| | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. We affirm the trial court's order dismissing the claims against Denton County, Texas and Denton County Criminal District Attorney, Paul Johnson, Lara Tomlin, Rick Daniel, and Lindsey Sheguit in their official capacities.

Having determined that this court lacks jurisdiction over the appeal of the trial court's dismissal of Roger Liverman and Aaron Liverman's claims against Paul Johnson, Lara Tomlin, Rick Daniel, and Lindsey Sheguit in their individual capacities, we dismiss that portion of the appeal.

It is further ordered that Appellants Roger Liverman and Aaron Liverman shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
       Chief Justice Bonnie Sudderth